PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Calvan Davis

Cr.: 03-000240-001
PACTS Number: 15974

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 09/08/04

Original Offense: Dealing in Counterfeit Obligations

Original Sentence: 18 months imprisonment; 3 years supervised release; $100 special assessment. Special condition of financial disclosure.

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/03/06

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside until February 2, 2009 in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

On October 29, 2008, Davis appeared in the Essex County Superior Court (Family Part) and was found guilty of Domestic Violence/Assault. A final restraining order was issued ordering Davis to have no contact with the victim (wife) and participate in anger management counseling/psychological evaluation.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 11/03/08

THE COURT ORDERS:
[  ] The Modification of Conditions as Noted Above
[  ] The Extension of Supervision as Noted Above
[  ] No Action
[  ] Other

Signature of Judicial Officer

11/21/08
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows.  The addition of the following special condition(s):

The defendant shall reside until February 2, 2009 in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility.  The defendant shall be eligible for weekend privileges.  The defendant shall pay subsistence as required by the program.

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee
Calvan Davis

_____
11/03/08
DATE